IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| LPS UTILITIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 3:16-cv-50362 |
| | ) |
| GOOGLE INC., BECHTEL INC., AND | ) Judge: Hon. Frederick J. Kapala |
| BEAR COMMUNICATIONS, LLC, | ) Magistrate Judge: Hon. Iain D. Johnston |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

To: Robert T. Hanlon
Law Offices of Robert T. Hanlon & Assoc., P.C.
131 East Calhoun Street
Woodstock, IL 60098

**NOTICE IS HEREBY GIVEN** that on the 31st day of March 2017, at 10:00 a.m., I shall appear before **The Honorable Iain D. Johnston** or whatever judge may be sitting in his stead in **Courtroom 5200** of the U.S. District Courthouse, Northern District of Illinois, Western Division and request hearing on the attached **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD.** A copy of which is hereby served upon you.

/s/: *Bradford S. Stewart*

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath, deposes and states that on March 24, 2017, he served to the above attorneys of record a copy of the above referenced pleading via electronic docketing system of the Northern District of Illinois before 5:00 p.m. on the above date.

/s/: *Bradford S. Stewart*

Bradford S. Stewart (#6310252)
bstewart@zrfmlaw.com
Zukowski, Rogers, Flood & McArdle
Attorney for Defendants Bear Communications & Bechtel Inc.
50 N. Virginia Street
Crystal Lake, Illinois 60068
(815) 459-2050
(815) 459-9057 fax