IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| LPS UTILITIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:16-cv-50362 |
| ) | |
| GOOGLE INC., BECHTEL INC., AND ) | Judge: Hon. Frederick J. Kapala |
| BEAR COMMUNICATIONS, LLC, ) | Magistrate Judge: Hon. Iain D. Johnston |
| ) | |
| Defendants. ) | |

### DEFENDANTS' AMENDED
### MOTION FOR EXTENSION OF
### TIME TO ANSWER OR OTHERWISE PLEAD

Defendants, Google Inc. ("Google"), Bear Communications, LLC ("Bear") and Bechtel Infrastructure and Power Company ("Bechtel"), by and through their local counsel Bradford S. Stewart of Zukowski, Rogers, Flood & McArdle, respectfully request on behalf of all Defendants a 60-day extension of all Defendants' time to answer or otherwise plead to Plaintiff LPS Utilities, Inc.'s ("Plaintiff") Complaint at Law, to and including May 26, 2017. In support of this motion, Defendants state as follows:

1. Plaintiff filed its Complaint at Law on November 29, 2016. [Doc. 1]. Plaintiff alleges a breach of contract count against Bear, and quantum meruit and unjust enrichment counts against all Defendants.

2. After Fed. R. Civ. P. 4(m)'s 90-day window to serve Defendants expired, on March 2, 2017 the Court granted Plaintiff additional time to serve Defendants.

3. Bear believes it was served with Plaintiff's Complaint on March 7 or 8, 2017. To date, a return of service for Bear, which would confirm the exact date of service, has not been filed

1

or provided to counsel for Bear. Assuming the earlier service date of March 7, 2017, Bear's responsive pleading is due March 28, 2017.

4. Bechtel was served with Plaintiff's Complaint on March 8, 2017. Bechtel's responsive pleading is due on March 29, 2017.

5. On information and belief, Google was served with Plaintiff's Complaint around the same time as the other Defendants.

6. On March 8, 2017, counsel for Plaintiff and counsel for Bear agreed to stay all case proceedings for 60 days so that Plaintiff and Bear could attempt to resolve the case, including through mediation. Counsel for Plaintiff agreed to move unilaterally for a 60-day stay of all case proceedings. Counsel for Bear agreed to obtain, and has subsequently provided to Plaintiff's counsel, mediation dates.

7. On March 20, 2017, counsel for Plaintiff stated that he would move unilaterally for a stay that same day. As of the date of this filing, however, counsel for Plaintiff has not yet moved for the agreed stay.

8. Defendants have no reason to doubt that Plaintiff's counsel will follow through on filing for the agreed 60-day stay. However, in an abundance of caution, with Defendants' responsive deadlines nearing, Defendants move for an extension of those deadlines to give the parties additional time to obtain the agreed stay, or, if necessary, to give Defendants time to file responsive pleadings.

9. By so moving, all Defendants do not waive, and expressly reserve, all potential defenses, including but not limited to lack of personal jurisdiction, lack of subject matter jurisdiction, and improper venue.

10. This is Defendants' first request for extension of time to answer or otherwise plead to Plaintiff's Complaint. This motion is not brought for a dilatory purpose, and granting Defendants the requested extension will not unnecessarily delay this action or prejudice Plaintiff.

WHEREFORE, Defendants Google, Bear and Bechtel respectfully request that this Court extend the time within which all Defendants must answer or otherwise plead to Plaintiff's Complaint by 60 days, to and including May 26, 2017.

Dated: March 27, 2017

Respectfully Submitted,

**ZUKOWSKI, ROGERS, FLOOD & MCARDLE**

By: /s/
Bradford S. Stewart, Ill. #6310252
50 Virginia Street
Crystal Lake, IL 60014
Telephone: (815) 459-2050
Facsimile: (815) 459-9057
E-mail: bstewart@zrfmlaw.com
**Counsel for all Defendants**


**Of Counsel**
John T. Bullock
Kelly H. Foos
**STEVENS & BRAND, L.L.P.**
P.O. Box 189
900 Massachusetts St., Ste. 500
Lawrence, KS 66044
Telephone: (785) 843-0811
Facsimile: (785) 843-0341
E-mail: jbullock@stevensbrand.com
Email: kfoos@stevensbrand.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 27th day of March, 2017, a true and correct copy of the above and foregoing document was electronically filed with the United States District Court, Northern District of Illinois, and was sent by electronic mail to all parties receiving notices electronically via the Court's CM/ECF noticing system.

                                        /s/
                                    Brad Stewart, Ill. #6310252